# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

JOHN THOMAS FALVEY,

    Plaintiff

v.

BARACK HUSSEIN OBAMA, et al.,

    Defendants

Case No.: 3:23-cv-000118-MMD-CSD

**Order**

Plaintiff was an inmate in the Elko County Jail when he filed a pro se civil rights complaint on March 20, 2023. (ECF No. 1-1.) The complaint was not accompanied by the $402 filing fee ($350 filing fee and $52 administrative fee) or an application to proceed *in forma pauperis* (IFP). On March 30, 2023, the court entered an order giving Plaintiff 30 days to pay the filing fee or file an IFP application. (ECF No. 2.) That order was returned as undeliverable, with a notation Plaintiff is "not in custody." Under Local Rule IA 3-1, an attorney or pro se party must *immediately* file with the court written notification of any change of mailing address.

Plaintiff shall file a notice of change of address on or before **May 1, 2023**. A failure to comply with this rule may result in dismissal of the action or other sanction deemed appropriate by the court. LR IA 3-1.

**IT IS SO ORDERED**.

Dated: April 14, 2023

                                                   Craig S. Denney
                                                 United States Magistrate Judge